**Order entered September 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00963-CR

### CHRISTOPHER ARIC RADKE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F96-02380-UN

## ORDER

The Court **GRANTS** the Dallas County District Clerk's September 3, 2013 second motion for extension of time to file the clerk's record.

We **ORDER** the Dallas County District Clerk to file the clerk's record within **FIFTEEN (15) DAYS** of the date of this order.

We **DIRECT** the Clerk of the Court to send a copy of this order to counsel for all parties.

/s/     LANA MYERS
         JUSTICE